IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRELL MICKLES,**

    **Plaintiff,**

**v.**                                            **Case No. 1:24-cv-24-AW-MAF**

**ALABAMA SUPREME COURT,
MISSOURI, VIRGINIA, and IOWA,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 5), to which there has been no objection, I conclude dismissal is appropriate. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on April 12, 2024.

                                                        s/ *Allen Winsor*
                                                        United States District Judge